99 A.3d 828

IN THE MATTER OF GWENDOLYN F. CLIMMONS, A/K/A GWENDOLYN CLIMMONS–JOHNSON, AN ATTORNEY AT LAW (ATTORNEY NO. MJP000706).

October 17, 2014.

## ORDER

**GWENDOLYN F. CLIMMONS, a/k/a GWENDOLYN CLIMMONS–JOHNSON, of HOUSTON, TEXAS,** who was admitted to the bar of this State as a multijurisdictional practitioner in 2013, having been found guilty by a jury in the United States District Court for the Southern District of Texas, to conspiracy to commit health care fraud, in violation of 18 *U.S.C.* § 1349, and health care fraud, in violation of 18 *U.S.C.* § 1347 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **GWENDOLYN F. CLIMMONS, a/k/a GWENDOLYN CLIMMONS–JOHNSON,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **GWENDOLYN F. CLIMMONS, a/k/a GWENDOLYN CLIMMONS–JOHNSON,** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **GWENDOLYN F. CLIMMONS, a/k/a GWENDOLYN CLIMMONS–JOHNSON,** comply with *Rule* 1:20–20 dealing with suspended attorneys.